UNITED STATES BANKRUPTY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

GLENN RICHARD O'DELL
JANINE RAE O'DELL

Case No.: 9:09-bk-23833-ALP

Chapter 7

Debtors
_____/

## ORDER GRANTING DEBTORS' MOTION TO ABANDON REAL PROPERTY

THIS CASE having come before the Court, ex parte, upon the Debtors' Motion to Abandon Real Property, the Court having reviewed the record, and otherwise being fully advised in the premises, is satisfied that the Debtors' Motion to Abandon Real Property should be granted.

Accordingly, it is

**ORDERED**

1. That the motion to Abandon Real Property be, and the same is hereby GRANTED as to the real property located at 457 Beautyview Road, Luxemburg, WI 54217, more particularly described as parcel 026-00-28262334D R, Door County, Wisconsin; and any affected creditors with claims against said property may seek "in rem" relief only against the property, with no in personam recourse against the Debtor.

2. The mortgage holders for the above described property are U.S. Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301 and US Bank – FCPT, P.O. Box 2188, Oshkosh, WI 54903-2188.

3. The effect of this Order shall be that the Debtors have no legal or equitable interest in the property described above.

**DONE and ORDERED** in Chambers at Tampa, Florida on November 16, 2009.

_____
Alexander L. Paskay
Bankruptcy Judge

Copies to:

1. Glenn Richard O'Dell and Janine Rae O'Dell, 2631 Somerville Loop #705, Cape Coral, FL 33991
2. Chase Home Finance, P.O. Box 9001871, Louisville, KY 40290-0562
3. Door County treasurer, 421 Nebraska Street, Sturgeon Bay, WI 54235
4. U.S. Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301
5. US Bank – FCPT, P.O. Box 2188, Oshkosh, WI 54903-2188
6. IRS, P.O. Box 21126, Philadelphia, PA 1914
7. Diane L. Jensen, Trustee, P.O. Drawer 1507, Fort Myers, FL 33902
7. United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 23634
8. Brian D. Zinn, Esq., P.O Box 2366, Fort Myers, FL 33902-2366